UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tommy Perez

                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Tommy Perez_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


__/s/_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Tommy Perez**
Print Defendant's Name

__/s/ Jonathan Marvinny_____
Defendant's Counsel's Signature

**Jonathan Marvinny**
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12-3-2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge